**Order filed March 5, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00070-CV

_____

## IN RE TEAKWOOD OPERATING, LLC

**Original Mandamus Proceeding**

## O R D E R

Relator, Teakwood Operating, LLC, filed an original petition for writ of mandamus in which it requested that we instruct the Honorable Jeffrey Todd Robnett, Presiding Judge of the 441st District Court of Midland County, to vacate an order entered on February 10, 2020, in Cause No. CV56162. In that order, Judge Robnett granted Real Parties in Interest Guggenheim Partners Investment Management, LLC; Guggenheim Corporate Funding, LLC; and Guggenheim Credit Services, LLC's motion to disqualify Leah Rudnicki and the Rudnicki Firm as counsel for Relator. On March 3, 2020, we ordered that all trial proceedings, including the hearings set for March 6, 2020, and the responses to discovery due on March 18, 2020, are temporarily stayed pending further order of this court or final disposition of this mandamus proceeding.

Pursuant to both Relator's and Real Parties in Interest's request, we lift the temporary stay for the sole purpose of allowing Judge Robnett to conduct a hearing on March 6, 2020, on Real Parties in Interest's Unopposed Motion to Seal Records and to enter an order on that motion that complies with Rule 76a of the Texas Rules of Civil Procedure.

PER CURIAM

March 5, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.